# Order

Michigan Supreme Court
Lansing, Michigan

January 23, 2019

158296 & (53)
158298

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant/
   Cross-Appellee,

v

TERRANCE ANTHONY FURLINE,
   Defendant-Appellee/
   Cross-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

ALVIN BERNARD JENKINS, SR.,
   Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158296
COA: 335906
Saginaw CC: 16-042043-FH

SC: 158298
COA: 336203
Saginaw CC: 16-042044-FH

   On order of the Court, the applications for leave to appeal the July 3, 2018 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. We direct the Clerk to schedule oral argument on the plaintiff's applications. MCR 7.305(H)(1).

   The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals clearly erred in its application of the principles of *People v Hana*, 447 Mich 325 (1994), to the defendants' motions for separate trials. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file supplemental briefs within 21 days of being served with the appellant's brief. The appellees shall also electronically file appendices, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the respective appellee's brief. The parties should not submit mere restatements of their application papers.

The total time allowed for oral argument shall be 40 minutes: 20 minutes for the appellant, and 20 minutes for the appellees, to be divided at their discretion. MCR 7.314(B)(2).

The application for leave to appeal as cross-appellant remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk

t0116d